Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>       *Plaintiff,*<br><br> v.<br><br>UNITED STATES,<br><br>       *Defendant.* | Case No. 23-00007<br>**SUMMONS** |

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                  **/s/ Mario Toscano**
                  Clerk of the Court

1. **Name and Standing of Plaintiff**

    Plaintiff in this action is Cambria Company, LLC ("Cambria" or "Plaintiff"). Cambria is a domestic producer of quartz surface products and is an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Plaintiff was also an active participant in the administrative review leading to the final determination at issue in this action. Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. **Brief Description of Contested Determination**

    Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce in the 2019-2021 administrative review of the antidumping duty order on Quartz Surface Products from India. *Certain Quartz Surface Products from India: Final Results of Antidumping Duty Administrative Review; 2019-2021*, 88 Fed. Reg. 1,188 (Dep't Commerce Jan. 9, 2023).

3. **Date of Determination**

    The final determination in the contested administrative review was issued by Commerce on December 30, 2022.

Form 3-1

**4. Date of Publication in Federal Register of Notice of Contested Determination**

The final determination in the administrative review was published on January 9, 2023.

Respectfully submitted,

/s/ Luke A. Meisner

Roger B. Schagrin
Christopher T. Cloutier
Elizabeth J. Drake
Jeffrey D. Gerrish
Luke A. Meisner
William A. Fennell
Joseph A. Laroski, Jr.
Nicholas J. Birch
Benjamin J. Bay
Kelsey M. Rule
Saad Y. Chalchal
Justin Neuman
Michelle R. Avrutin
Michael Panfeld, *Consultant*
Rui Fan, *Consultant*
David DePrest, *Consultant*

SCHAGRIN ASSOCIATES
900 Seventh Street, N.W., Suite 500
Washington, DC 20001
(202) 223-1700
*Counsel to Cambria Company LLC*

Dated: January 11, 2023

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y. 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C. 20230

Leslie B. Kiernan, General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230