# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| CAMBRIA COMPANY LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>)<br>) |
| ANTIQUE MARBONITE PRIVATE LIMITED; SHIVAM ENTERPRISES, PRISM JOHNSON LIMITED; ARIZONA TILE, LLC; M S INTERNATIONAL, INC.; AND PNS CLEARANCE LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Consolidated Plaintiffs, | )<br>) |
| v. | ) Consol. Court No. 23-00007 |
| UNITED STATES, | )<br>)<br>) |
| Defendant, | )<br>) |
| and | )<br>)<br>) |
| ABP TRADING, LLC; ARIZONA TILE LLC; COSMOS GRANITE (SOUTH EAST) LLC; COSMOS GRANITE (SOUTH WEST) LLC; COSMOS GRANITE (WEST) LLC; CURAVA CORPORATION; DIVYASHAKTI GRANITES LIMITED; DIVYASHAKTI LIMITED; FEDERATION OF INDIAN QUARTZ SURFACE INDUSTRY; M S INTERNATIONAL, INC; MARUDHAR ROCKS INTERNATIONAL PVT LTD.; OVERSEAS MANUFACTURING AND SUPPLY INC.; QUARTZKRAFT LLP; AND STRATUS SURFACES LLC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant-Intervenors. | )<br>) |

STIPULATION FOR ENTRY OF JUDGMENT

Cambria Company LLC; Arizona Tile, LLC; M S International, Inc.; PNS Clearance LLC, Antique Marbonite Private Limited, Prism Johnson Limited, and Shivan Enterprises; the United States; Federation of Indian Quartz Surface Industry; and ABP Trading, LLC; Cosmos Granite (South East) LLC, Cosmos Granite (South West) LLC, Curava Corporation, DivyaShakti Limited, Divyashakti Granites Limited, Marudhar Rocks International Pvt. Ltd., Overseas Manufacturing and Supply Inc., Quartzkraft LLP, and Stratus Surfaces LLC (collectively, the parties), inform the Court that they have reached a settlement of the claims in this case.

Pursuant to the terms of the settlement, the Department of Commerce (Commerce) has agreed that (1) within 10 days of entry of judgment in accordance with this Stipulation For Entry Of Judgment, Commerce shall issue for publication in the *Federal Register* amended final results of the administrative review, setting the weighted-average dumping margin for Antique Group at 3.58 percent for the 2019-2021 review of Commerce's antidumping duty order covering quartz surface producers from India and for certain non-selected companies, Commerce shall set importer-specific dumping margins for certain non-selected companies at 1.02 percent for the 2019-2021 review of Commerce's antidumping duty order covering quartz surface producers from India as follows: (i) For merchandise imported by Arizona Tile, LLC and produced and/or exported by ARO Granite Industries Limited, Esprit Stones Pvt., Ltd., Marudhar Rocks International Pvt. Ltd., Pacific Industries Limited, Pacific Quartz Surfaces LLP, Paradigm Stone India Private Limited, or Quartzkraft LLP; (ii) For merchandise imported by M S International, Inc. and produced and/or exported by Baba Super Minerals Pvt. Ltd., Camrola Quartz Limited, Chariot International Pvt. Ltd., Cuarzo, Esprit Stones Pvt., Ltd., Glowstone Industries Private Limited, Keros Stone LLP, Mahi Granites Private Limited., Pacific Industries Limited, Pacific

Quartz Surfaces LLP, Paradigm Stone India Private Limited, Pelican Quartz Stone, Rocks Forever, Safayar Ceramics Private Ltd., Satya Exports, or Southern Rocks and Minerals Private Limited; and (iii) For merchandise imported by PNS Clearance LLC and produced and/or exported by Baba Super Minerals Pvt. Ltd., Camrola Quartz Limited, Chariot International Pvt. Ltd., Cuarzo, Esprit Stones Pvt., Ltd., Glowstone Industries Private Limited, Keros Stone LLP, Mahi Granites Private Limited., Marudhar Rocks International Pvt. Ltd., Pacific Industries Limited, Pacific Quartz Surfaces LLP, Paradigm Stone India Private Limited, Pelican Quartz Stone, Rocks Forever, Safayar Ceramics Private Ltd., Satya Exports, Southern Rocks and Minerals Private Limited, or Sunex Stones Private Ltd. and (2) within 15 days following *Federal Register* publication of Commerce's amended final results of the administrative review (that is, within 25 days of entry of judgment in accordance with the Stipulation For Entry Of Judgment dissolving the injunction currently prohibiting the liquidation of entries), and in accordance with the amended final results of the administrative review, Commerce will issue liquidation instructions to U.S. Customs and Border Protection (CBP), in a form that has been agreed upon by Commerce and the parties.

      Accordingly, the parties respectfully request that the Court enter judgment pursuant to the terms set forth in the attached Order Of Judgment By Stipulation.

      Respectfully submitted,

*/s/* Luke A. Meisner
Luke A. Meisner
SCHAGRIN ASSOCIATES
900 7th Street, N.W.
Suite 500
Washington, DC 20001
(202) 223-1700

*Counsel to Cambria Company LLC*

/s/ Jared R. Wessel
Jonathan T. Stoel
Jared R. Wessel
Cayla D. Ebert
HOGAN LOVELLS US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-6634
E-mail: jonathan.stoel@hoganlovells.com

*Counsel to Arizona Tile, LLC, M S International, Inc., and PNS Clearance LLC*

/s/ Robert G. Gosselink
Robert G. Gosselink
Trade Pacific PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC 20003
Direct: 202-223-3762
Mobile: 202-412-0033
Office: 202-223-3760
Fax: 202-223-3763
Email: rgosselink@tradepacificlaw.com

*Counsel to Antique Marbonite Private Limited, Prism Johnson Limited, and Shivam Enterprises*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480

Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0315
Email: Collin.T.Mathias@usdoj.gov

*Attorneys for Defendant*

/s/ R. Will Planert
Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Jordan L. Fleischer
Nicholas C. Duffey
Ryan R. Migeed

**MORRIS MANNING & MARTIN LLP**
1333 New Hampshire Ave, NW
Suite 800
Washington, D.C. 20036
(202) 216-4819

*Counsel to Federation of Indian Quartz Surface Industry*

/s/ David J. Craven
David J. Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506
Email: david.craven@tradelaw.com

*Counsel to ABP Trading LLC; Cosmos Granite (South East) LLC; Cosmos Granite (South West) LLC; Curava Corporation; Divyashakti Granites Limited; Marudhar Rocks International Pvt. Ltd.; Overseas Manufacturing and Supply Inc.; Quartzkraft LLP; and Stratus Surfaces LLC*

October 15, 2024

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>                Plaintiff,<br><br>  and<br><br>ANTIQUE MARBONITE PRIVATE LIMITED; SHIVAM ENTERPRISES, PRISM JOHNSON LIMITED; ARIZONA TILE, LLC; M S INTERNATIONAL, INC.; AND PNS CLEARANCE LLC,<br><br>                Consolidated Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>                Defendant,<br><br>  and<br><br>ABP TRADING, LLC; ARIZONA TILE LLC; COSMOS GRANITE (SOUTH EAST) LLC; COSMOS GRANITE (SOUTH WEST) LLC; COSMOS GRANITE (WEST) LLC; CURAVA CORPORATION; DIVYASHAKTI GRANITES LIMITED; DIVYASHAKTI LIMITED; FEDERATION OF INDIAN QUARTZ SURFACE INDUSTRY; M S INTERNATIONAL, INC; MARUDHAR ROCKS INTERNATIONAL PVT LTD.; OVERSEAS MANUFACTURING AND SUPPLY INC.; QUARTZKRAFT LLP; AND STRATUS SURFACES LLC.,<br><br>                Defendant-Intervenors. | Consol. Court No. 23-00007 |

<u>ORDER OF JUDGMENT BY STIPULATION</u>

In view of the stipulation indicating that these cases have been settled, IT IS HEREBY ORDERED that:

1. All claims raised in Case Nos. 23-00007, 23-00019, 23-00029, and 23-00030 are dismissed with prejudice;

2. The statutory injunctions in each case listed in Item 1 are dissolved;

3. Each party shall bear its own costs, expenses, and attorney fees; and

3. The Clerk of the Court shall enter judgment, accordingly.

_____
CHIEF JUDGE

Dated: _____, 2024
       New York, NY