## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| CAMBRIA COMPANY LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| ANTIQUE MARBONITE PRIVATE LIMITED; SHIVAM ENTERPRISES, PRISM JOHNSON LIMITED; ARIZONA TILE, LLC; M S INTERNATIONAL, INC.; AND PNS CLEARANCE LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Consolidated Plaintiffs, | )<br>) |
| v. | ) Consol. Court No. 23-00007 |
| UNITED STATES, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| APB TRADING, LLC; ARIZONA TILE LLC; COSMOS GRANITE (SOUTH EAST) LLC; COSMOS GRANITE (SOUTH WEST) LLC; COSMOS GRANITE (WEST) LLC; CURAVA CORPORATION; DIVYASHAKTI GRANITES LIMITED; DIVYASHAKTI LIMITED; FEDERATION OF INDIAN QUARTZ SURFACE INDUSTRY; M S INTERNATIONAL, INC; MARUDHAR ROCKS INTERNATIONAL PVT LTD.; OVERSEAS MANUFACTURING AND SUPPLY INC.; QUARTZKRAFT LLP; AND STRATUS SURFACES LLC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant-Intervenors. | )<br>) |

ORDER OF JUDGMENT BY STIPULATION

In view of the stipulation indicating that these cases have been settled, IT IS HEREBY ORDERED that:

1. All claims raised in Case Nos. 23-00007, 23-00019, 23-00029, and 23-00030 are dismissed with prejudice;

2. The statutory injunctions in each case listed in Item 1 are dissolved;

3. Each party shall bear its own costs, expenses, and attorney fees; and

4. The Clerk of the Court shall enter judgment, accordingly.

/s/ Mark A. Barnett
CHIEF JUDGE

Dated: 10/16, 2024
New York, NY